IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **8:18MJ53** |
| vs. | |
| MARIBEL LIZARRAGA, | **ORDER** |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Joseph Cervantes, as a Criminal Justice Act Training Panel Member, to assist in the defense of Maribel Lizarraga.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Joseph Cervantes is hereby assigned to assist the Federal Public Defender (FPD) David R. Stickman in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Joseph Cervantes shall not be eligible to receive compensation for his services in this case.

FPD David R. Stickman shall continue to be primary counsel on behalf of the Defendant, Maribel Lizarraga.

Dated this 2nd day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge